UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

MICHAEL WALSH, JR., EXECUTOR
OF THE ESTATE OF MICHAEL A. WALSH
      Plaintiff

V.                               CASE NO.: 1:22-cv-00426-AJ

HOME DEPOT U.S.A., INC. and
HDMK PROPERTIES, INC.
      Defendants

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO HDMK PROPERTIES, INC.'S CROSSCLAIM AGAINST HOME DEPOT U.S.A., INC.

NOW COME the parties in the above-entitled matter and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that HDMK Properties, Inc.'s Crossclaims against Home Depot U.S.A., Inc. shall be dismissed without prejudice.

| | |
|---|---|
| Plaintiff,<br>MICHAEL WALSH JR., EXECUTOR OF<br>THE ESTATE OF MICHAEL A. WALSH,<br>By his Attorney, | Defendant,<br>HOME DEPOT U.S.A., INC.,<br>By its Attorneys, |
| /s/ Mark A. Abramson | /s/ Kelley Martin Malone |
| Mark A. Abramson, Esq.<br>Nick E. Abramson, Esq.<br>Abramson, Brown & Dugan<br>1819 Elm Street<br>Manchester, NH 03104<br>(603)-627-1819 | Kelly Martin Malone (#18093)<br>Adler Pollock & Sheehan P.C.<br>175 Federal Street, 10th Floor<br>Boston, MA  02110-2210<br>Tel:  617.482.0600<br>kmalone@apslaw.com |

The Defendant, HDMK Properties, Inc.
By its Attorney,

/s/ Daniella Massimilla

_____
Daniella Massimilla #264915
The Hanover Law Group
50 Reznik Road
Plymouth, MA 02360
(508) 335-8311
dmassimilla@hanover.com